| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Jane A. Bowser** | Social Security number or ITIN   **xxx–xx–1590** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:   **18–22885–CMB** | | |

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jane A. Bowser
fka Jane Gaupin, fka Jane Poliak

11/21/18

**By the court:**  Carlota M. Bohm
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
  obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

♦ some debts which the debtors did not
  properly list;

♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

Official Form 318                **Order of Discharge**                page 2

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                      Case No. 18-22885-CMB
Jane A. Bowser                                              Chapter 7
       Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2        User: admin           Page 1 of 2          Date Rcvd: Nov 21, 2018
                            Form ID: 318          Total Noticed: 17
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2018.
db            +Jane A. Bowser,    996 N Bluff Drive,   New Kensington, PA 15068-5026
14884365      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Sunoco,    PO Box 78056,   Phoenix, AZ 85062)
14884354      +Chase / Amazon,    PO Box 1423,    Charlotte, NC 28201-1423
14884355      +CitiCards,    PO Box 70166,    Philadelphia, PA 19176-0166
14884356       Dollar Bank,    Po Box 1700,    Pittsburgh, PA 15230-1700
14884359      +KML Law Group,    Suite 5000, BNY Mellon Independence Ctr,    701 Market Street,
               Philadelphia, PA 19106-1538
14884360      +PNC Bank,    PO Box 747066,    Pittsburgh, PA 15274-7066
14884362      +Sears,    PO Box 9001055,    Louisville, KY 40290-1055
14884363      +Select Portfolio / Beneficial,    PO Box 65250,    Salt Lake City, UT 84165-0250
14884366      +Westmoreland County Tax Claim Bureau,    2 N Main Street, Suite 406,   Greensburg, PA 15601-2417

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: QJRWALSH.COM Nov 22 2018 07:49:00    James R. Walsh,
               Spence, Custer,Saylor,Wolfe & Rose, LLC,    1067 Menoher Boulevard,   Johnstown, PA 15905-2545
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 22 2018 03:00:46    Pennsylvania Dept. of Revenue,
               Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA  17128-0946
14884353       EDI: CAPITALONE.COM Nov 22 2018 07:50:00    Capital One,    PO Box 71083,
               Charlotte, NC 28272-1083
14884357       EDI: RMSC.COM Nov 22 2018 07:50:00    JCPenney,    P.O. Box 960090,   Orlando, FL 32896-0090
14884722      +EDI: PRA.COM Nov 22 2018 07:48:00    PRA Receivables Management, LLC,    PO Box 41021,
               Norfolk, VA 23541-1021
14884361       EDI: RMSC.COM Nov 22 2018 07:50:00    Sam's Club MC,    PO Box 960013,   Orlando, FL 32896-0013
14884364      +E-mail/Text: jennifer.chacon@spservicing.com Nov 22 2018 03:01:37
               Select Portfolio Servicing, Inc.,    3217 Decker Lake Dr,   Salt Lake City, UT 84119-3284
                                                                                TOTAL: 7


               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             U.S. Bank National Association, as indenture trust
14884358       Kevin Michael Poliak
cr*           +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2018                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2018 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
               for the holders of the CIM Trust 2017-4, Mortgage-Backed Notes, Series 2017-4
               bkgroup@kmllawgroup.com
              James R. Walsh    jwalsh@spencecuster.com,
               trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;skosis@spencecuster.com
               ;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com;gbivens@spencecuster.com;TrusteeWalsh@gmail.
               com
              Kenneth  Steidl   on behalf of Debtor Jane A. Bowser julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
```

District/off: 0315-2              User: admin              Page 2 of 2              Date Rcvd: Nov 21, 2018
                                 Form ID: 318             Total Noticed: 17


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                              TOTAL: 4